BEFORE THE THIRD DIVISION, DECEMBER 3, 1953

**No. 57669.**—R. H. Macy & Co., Inc. *v.* United States, protests 159668–K and 175604–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that certain items of the merchandise are composed wholly or in chief value of brass, not plated with platinum, gold, or silver, the same in all material respects as those involved in Abstract 57391, the claim of the plaintiff was sustained.